# MEMORANDUM DECISIONS

**1**

S. B. COCKRELL v. STATE. (No. 11578.) Court of Criminal Appeals of Texas. March 14, 1928. Appeal from District Court, Panola County; R. T. Brown, Judge. Woolworth & Baker, of Carthage, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for manufacturing intoxicating liquor; punishment, one year in the penitentiary. In this case appellant pleaded guilty. The charge of the court, the judgment, and the sentence are in conformity with the law in such cases. No statement of facts or bills of exception appear in the record. The judgment will be affirmed.

**2**

Marjorie COLLINS v. STATE. (No. 11686.) Court of Criminal Appeals of Texas. Feb. 29, 1928. Appeal from Dallas County Criminal Court; N. G. Williams, Judge. W. E. Pinkston, of Dallas, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is vagrancy; punishment fixed at a fine of $200. The complaint appears regular. The record is before us without bills of exceptions or statement of facts. No fundamental error has been perceived or pointed out. The judgment is affirmed.

**3**

Domingo ESPARZA v. STATE. (No. 11649.) Court of Criminal Appeals of Texas. March 14, 1928. Appeal from District Court, Atascosa County; W. O. Murray, Jr., Judge. T. B. Monroe, of San Antonio, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for burglary; punishment fixed at confinement in the penitentiary for a period of three years. The record is before us without statement of facts and bills of exceptions. The indictment appears regular and properly presented. No fault in the procedure has been perceived or pointed out. The judgment is affirmed.

**4**

H. F. FAVER v. STATE. (No. 11587.) Court of Criminal Appeals of Texas. March 14, 1928. Appeal from District Court, Haskell County; Bruce W. Bryant, Judge. Ratliff & Ratliff, of Haskell, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for manslaughter; punishment, two years in the penitentiary. The record is before us without any bills of exception or statement of facts. The indictment charged the offense and was followed by appropriate instructions. The judgment and sentence are in accordance with law. No eror appearing, the judgment will be affirmed.

**5**

Weldon FRAZIER v. STATE. (No. 11653.) Court of Criminal Appeals of Texas. March 14, 1928. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for assault to rob; punishment, two years in the penitentiary. The record comes before us without any statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence appear to conform with the law. No error appearing, the judgment will be affirmed.

**6**

Wesley GUILLIAMS v. STATE. (No. 11579.) Court of Criminal Appeals of Texas. March 14, 1928. Appeal from District Court, Panola County; R. T. Brown, Judge. Woolworth & Baker, of Carthage, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

**7**

William HELLMAN v. STATE. (No. 11729.) Court of Criminal Appeals of Texas. March 7, 1928. Appeal from District Court, El Paso County; W. D. Howe, Judge. Fryer & Cunningham and C. W. Croom, all of El Paso, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for fraudulently misapplying city funds; punishment fixed at confinement in the penitentiary for a period of five years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**8**

Arthur SMITH v. STATE. (No. 11395.) Court of Criminal Appeals of Texas. Feb. 29, 1928. Appeal from Milam County Court; Jeff T. Kemp, Judge. E. A. Camp, of Rockdale, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for aggravated assault; punishment, a fine of $100 and one month in the county jail. The record is before us without any bills of exception or statement of facts. The information sufficiently charges the offense, and, no error appearing, the judgment will be affirmed.